IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TEEMA J.,

      Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

      Defendant.

Case No. 3:25-cv-357

District Judge Michael J. Newman
Magistrate Judge Kimberly A. Jolson

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR REMAND (Doc. No. 8); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) ORDERING THE ENTRY OF FINAL JUDGMENT IN PLAINTIFF'S FAVOR; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability insurance benefits ("DIB") appeal is before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  Doc. No. 8.  Upon careful review of the record, and based on the parties' agreement regarding the need for a remand of this matter, *see id*., the Court concludes that a remand is warranted because of deficits in the Administrative Law Judge's evaluation of claimant's ability to perform other work existing in significant numbers in the national economy.  *See* 20 C.F.R. § 404.1520(a)(4).  The Court concludes that the requirements of a Sentence Four remand have been satisfied and, consequently, (1) **GRANTS** the parties' joint motion for remand; (2) **REVERSES** the ALJ's decision; and (3) **REMANDS** this case to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) for proceedings consistent with the parties' Joint Motion and this Order.  Upon remand, the Appeals Council will vacate all findings in the ALJ's decision.  Thereafter, the ALJ will evaluate Plaintiff's

ability to perform other work existing in significant numbers in the national economy under the five-step analysis as 20 C.F.R. § 404.1520(a)(4) mandates; develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act; hold a new hearing; and issue a new decision. The Clerk is **ORDERED** to enter final judgment in Plaintiff's favor.

This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

March 31, 2026                                    s/*Michael J. Newman*
                                                 Hon. Michael J. Newman
                                                 United States District Judge

2