IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TEEMA J.,

      Plaintiff,                             Case No. 3:25-cv-357

 vs.

COMMISSIONER OF THE SOCIAL         District Judge Michael J. Newman
SECURITY ADMINISTRATION,           Magistrate Judge Kimberly A. Jolson

      Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (Doc. No. 11); (2) AWARDING EAJA FEES TO PLAINTIFF IN THE TOTAL AMOUNT OF $3,740.00; AND (3) MAINTAINING THE TERMINATION OF THIS CASE ON THE DOCKET**

---

This Social Security case is before the Court on the parties' unopposed, joint stipulation for an award of attorney's fees under EAJA, 28 U.S.C. § 2412(d), in the amount of $3,740.00.  Doc. No. 11. The parties agree that an award of $3,740.00 in attorney's fees fully satisfies and settles any and all claims Plaintiff may have under the EAJA in this case.  *See id*.

For good cause shown and in light of the parties' unopposed, joint stipulation, the Court: (1) **GRANTS** the parties' unopposed, joint stipulation; and (2) **AWARDS** EAJA fees in the total amount of $3,740.00.  This case remains **TERMINATED** on the docket.

      **IT IS SO ORDERED.**

July 10, 2026                           s/*Michael J. Newman*
                                           Hon. Michael J. Newman
                                           United States District Judge